```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

EDWARD H. LYNCH, JR.,           )
        Petitioner,             )
                                )
     v.                         )    C.A. No. 04-10502-RWZ
                                )
EDWARD FICCO, Superintendent,   )
        Respondent.             )

                    MEMORANDUM AND ORDER

    For the reasons stated below, plaintiff's Application to Proceed Without Prepayment of Fees is allowed subject to petitioner filing a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

                         BACKGROUND

    On March 10, 2004, petitioner Edward H. Lynch, Jr., now incarcerated at the Souza Baranowski Correctional Center, submitted for filing a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  See Petition, Docket No. 2.  With his petitioner, petitioner filed a pro se Application to Proceed In Forma Pauperis and Affidavit.  See Docket No. 1.

                         DISCUSSION

    A party filing a Section 2254 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees.  See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis).  An

application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration.  Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition <u>in</u> <u>forma</u> <u>pauperis</u>, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); <u>see</u> 28 U.S.C. § 1915(a)(2). Although petitioner attached to his IFP application a certificate prepared by an institutional officer stating that petitioner has $7.00 in his prison account, his application was not accompanied by a copy of his certified prison account statement.  His application is allowed subject to his filing the requisite certified statement of account within forty-two (42) days.

ORDER

ACCORDINGLY, petitioner's Application to Proceed Without Prepayment of Fees is ALLOWED subject to petitioner filing a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>19th</u> day of <u>March</u>, 2004.

                                    /s Rya W. Zobel
                                    RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE