# EMANUEL HOWARD

Attorney at Law
P. O. Box # 66067
Newton, MA 02466-0002

Telephone (617) 965-3042
Fax (617) 965-3793

March 22, 2004

Clerk,
United States District Court
for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Edward H. LYNCH Jr. v. Edward FICCO, No. 1:04-cv-10502-RWZ

Dear Sir/Madam:

This pertains to document no. 3, regarding the court's granting petitioner's Application to Proceed *In Forma Pauperis*, that is "SUBJECT to petitioner filing a copy of his certified prison account statement within forty-two (42) days...." I included, along with other documents in our original filing of the Petition for Writ of Habeas Corpus, a signed document entitled, "Certificate of Institutional Officer Regarding Petitioner's Application to Proceed *In Forma Pauperis*." Enclosed is a copy of that signed certificate.

If this certificate does not satisfy the court's order, I would appreciate your letting me know at once and advising what particular information is required.

Thank you.

Very truly yours,

EMANUEL HOWARD

LYNCH Clerk, U.S.D.C. Habeas 03.22.2004 XP

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No._____

PETITIONER

EDWARD H. LYNCH JR., Prisoner Number W 58087

V.

RESPONDENT,

EDWARD FICCO, Superintendent, et al

CERTIFICATE OF INSTITUTIONAL OFFICER REGARDING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

I hereby certify that the petitioner, EDWARD H. LYNCH JR., has the sum of $ 7.00 on account to his credit at the Massachusetts Correctional Institution, Souza-Baranowski Correctional Center, in Shirley, Massachusetts where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said Massachusetts Correctional Institution, Souza-Baranowski Correctional Center: _____

_____

_____

_____

_____

[signature]

Signature of institutional officer,

Massachusetts Correctional Institution, Souza-Baranowski Correctional Center.

Lynch Certificate of Institutional Officer Re; Application. In Forma Pauperis HABEAS USDC 2004 -XP