## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDWARD H. LYNCH | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10502-RWZ |
| | ) | |
| EDWARD FICCO | ) | |
| Respondent. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, Edward Ficco, the

Superintendent of the Souza-Baranowski Correctional Center, in the above-entitled habeas

corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General



Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: April 9, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2004, I caused a copy of the above Notice of Appearance
to be served by first-class mail, postage prepaid, upon Mr. Emanuel Howard, *Esq.*,
P.O. Box 66067, Newton, Massachusetts 02466-0002.

Eva M. Badway