UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No.04-10502-RWZ

EDWARD H. LYNCH JR.,

    Petitioner

V.

EDWARD FICCO,, et al

    Respondents

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION FOR AN ORDER REQUIRING THE PETITIONER TO COMPLY WITH RULE 2 (C) OF THE RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS[1]**

The petitioner respectfully opposes the respondents' motion for an order to him to comply with Rule 2 (c) of the Rules Governing Section 2254 Cases. As grounds, he says the following.

1. His petition for Writ of Habeas Corpus is fully in compliance with Rule 2 (c).

2. Rule 2 (c) requires, in pertinent part, that "[t]he petition shall be in substantially the form annexed to these rules...." The instant Petition, which is in the style and nature of a civil complaint, is substantially in the "form" described in Rule 2 (c). The sequencing of information and the paragraph and subparagraph numbering in the Petition follow the same prescribed order of sequencing and numbering as the "form." The Petition includes, in the same sequence, all of the pertinent information called for by the "form."

---

[1] Petitioner does not oppose the respondents' request for enlargement of time in which to file a responsive pleading and certificate of service.

## CERTIFICATE OF SERVICE

      I hereby certify that, on the date written below, I served a copy of the petitioner's opposition upon the respondents by mailing it first class prepaid to their counsel as listed below.

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Ma 02108

*[signature]* 4/14/2004

Lynch Opp. Resp's Mot. Comply § 2254 Rule 2 (c) USDC 2004 -XP

3. The respondents complain of possible hardship in admitting or denying the factual allegations in what they call "a memorandum of law" which is incorporated by reference in paragraph 12 of the Petition. The pages are attached to the end of the Petition, as provided for in the instructions in the "form" annexed to the Rules.

4. The facts stated in the paragraph 12 attached pages to the Petition are supported by references to the state court trial transcripts, state court appellate record appendix, and the like. The petitioner has a right to assert the facts establishing the unconstitutionality of his conviction, and to have those facts admitted by the respondents if they are indisputably true.

5. Respondents are not required to respond to any statements in the paragraph 12 attached pages which may contain conclusions of law or legal argument.

## CONCLUSION

Inherent in the protection of "the Writ of Habeas Corpus" guaranteed by Art. 1, §9, cl. 2, of the United States Constitution, is the right of a petitioner to seek it by a properly drafted civil complaint against his custodian. Therefore, the respondent's motion for an order to him to comply with Rule 2 (c) of the Rules Governing Section 2254 Cases should be denied.

Respectfully submitted, Edward H. Lynch Jr.,
by his attorney,

*[signature]* 4/14/2004

EMANUEL HOWARD; BBO# 241740
P. O. Box 66067
Newton, MA 02466-0002
TEL: (617) 965-3042; FAX (617) 965-3793