# EMANUEL HOWARD

Attorney at Law
P. O. Box # 66067
Newton, MA 02466-0002

Telephone (617) 965-3042
Fax (617) 965-3793

April 15, 2004

Clerk,
United States District Court
for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Edward H. LYNCH Jr. v. Edward FICCO, No. 1:04-cv-10502-RWZ

Dear Sir/Madam:

Please note that I will be away from my office beginning April 26, 2004, returning on May 11, 2004.

Thank you for your attention to this matter.

Very truly yours,

EMANUEL HOWARD

CC: EHL, Jr; A.G. E. Badway

LYNCH USDC Clerk, Away From Office 04.14.2004 XP