UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD H. LYNCH )<br>      Petitioner, )<br>)<br>v. )<br>)<br>EDWARD FICCO )<br>      Respondent. )<br>) | Civil Action No. 04-10502-RWZ |

## MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Edward Ficco, the Superintendent of the Souza Baranowski Correctional Center, and hereby respectfully moves this Court to establish June 18, 2004 as the date for the Respondent to file a Memorandum of Law in Opposition to Petition for Habeas Corpus. The petitioner already has filed by incorporation with his petition a Memorandum of Law in Support of his Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set June 18, 2004 as the day the Respondent must file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2004, I caused a copy of the above Motion for a Scheduling Order to be served by first-class mail, postage prepaid, upon Mr. Emanuel Howard, *Esq.*, P.O. Box 66067, Newton, Massachusetts 02466-0002.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Eva M. Badway, hereby certify that I have complied with Local Rule 7.1 by telephone conference with petitioner's counsel, Mr. Emanuel Howard, on May 11, 2004, in a good faith effort to narrow or resolve the issues raised in this motion.

*/s/ Eva M. Badway*
Eva M. Badway