UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10502-RWZ

EDWARD H. LYNCH JR.,
  Petitioner

V.

EDWARD FICCO,, et al
  Respondents

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION FOR A SCHEDULING ORDER, AND HIS REQUEST THAT HE BE AFFORDED THE OPPORTUNITY OF RESPONDING TO ANY OPPOSITION THEY ACTUALLY FILE**

The petitioner respectfully opposes the respondents' motion for a scheduling order to the extent that it states that petitioner has already filed a "Memorandum of Law in Support of his Petition for Habeas Corpus," implicitly precluding petitioner from filing a response to any Opposition they actually file. As grounds, he says the following.

1. The only substantive document dealing with the merits filed by petitioner thus far has been his Petition for Writ of Habeas Corpus.
2. The court has already ruled that said Petition is in compliance with Rule 2 (c).
3. The respondents mistakenly call pages which are incorporated by reference in paragraph 12 of the Petition, and attached to the end of the Petition, as provided for in the instructions in the "form" annexed to the Rules, "a memorandum of law."
4. Among his prayers contained in the Petition, he asked that:
    D. The Court permit petitioner to respond to any affirmative defense raised by respondents in his answer; and

I. The Court allow petitioner sufficient time to brief the issues of law raised by this petition.

5. Respondents have already raised affirmative defenses in their answer.

WHEREFORE, petitioner requests that he be given the opportunity (a) to respond to any affirmative defense raised by respondent in his answer, (b) to brief the issues of law raised by his Petition and to respond to any Opposition respondents actually file and, (c) that he be allowed at least thirty days after the docketing of such Opposition in which to respond.

Respectfully submitted, Edward H. Lynch Jr.,
by his attorney,

*/s/ Emanuel Howard* 5/14/2004
EMANUEL HOWARD; BBO# 241740
P. O. Box 66067
Newton, MA 02466-0002
TEL: (617) 965-3042; FAX (617) 965-3793

### CERTIFICATE OF SERVICE

I hereby certify that, on the date written below, I served a copy of the petitioner's opposition upon the respondents by mailing it first class prepaid to their counsel as listed below.

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Ma 02108

*/s/ Emanuel Howard* 5/14/2004

Lynch Opp. Resp's Mot. Scheduling Order USDC May 14, 2004 -XP