ATTACHMENT "A"

# DEPARTMENT OF CORRECTION
# INMATE GRIEVANCE FORM
### FORWARD TO THE INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

SECTION "A"

NAME: John F. Richards          INSTITUTION: MCI-Shirley (Medium).

NUMBER: C-49993    HOUSING UNIT: C-1 #22B    DATE OF INCIDENT: 02/17/04

COMPLAINT: Being denied access to Law class being taught in the Library. This is a class open to all Inmates here at Shirley Medium and should be considered school.
(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY REQUESTED: I want to be able to participate in this class. I am at the Library everyday, and in the Law Library everyday so there should be no reason for me to be excluded from this class.

INMATE SIGNATURE: John F. Richards          DATE: 2/18/04

STAFF RECIPIENT: St. Ipl          DATE: 2-20-04

DATE RECEIVED: 2-20-04

---

SECTION "B"

ASSIGNED GRIEVANCE NUMBER: 2797

DECISION RENDERED:    ___ APPROVED
                      ✓ DENIED

[RECEIVED FEB 20 2004]

SUMMARY OF FINDINGS: Inmates who apply for employment in the Library must first complete the Law Clerk Training Class. Due to the nature of your offense, you are not clear to work in the School Building.

IGC SIGNATURE: St. Ipl          DATE: 2-23-04
(DENIED GRIEVANCES MAY BE APPEALED TO THE SUPERINTENDENT WITH 10 DAYS OF IGC'S DECISION.)

SECTION "C"
### INMATE GRIEVANCE RECEIPT

INMATE NAME: John Richards          INSTITUTION: SHi-Y

NUMBER: C-49993          DATE RECEIVED: 2-20-04

SIGNATURE (IGC): St. Ipl          TITLE: CPO II

01/05/01

EXHIBIT L    491-13

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICHARDS JOHN | **Grievance #** 2797 | **Institution** | MCI SHIRLEY (MEDIUM) |
| **Commit No.** | C49993 | **Housing** C-1 | **Date Of Incident** 20040217 | **Date Of Grievance** 20040218 |

**Complaint** Inmate claims that he is being denied access to the Law Clerk Class being taught in the Library.

**Remedy Requested** To be able to participate in the class.

**Staff Recipient** Lipka Steven M CPO II

**Staff Involved**

**Signature** [signed]

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20040220  **Decision Date** 20040223

**Signature** Lipka Steven M CPO II

**Final Decision** DENIED

**Decision** Inmates who apply for employment in the Library must first complete the Law Clerk Training Class. Due to the nature of your offense, you do not clear to work in the School Building.

**Signature** [signed]  **Date** 2-23-04

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICHARDS JOHN | **Institution** | MCI SHIRLEY (MEDIUM) |
| **Commit No.** | C49993 | **Date Received** | 20040220 |

**Signature** Lipka Steven M CPO II

EXHIBIT L-1.

ATTACHMENT "C"

## DEPARTMENT OF CORRECTION
## INSTITUTION APPEAL FORM
## FORWARD TO THE INSTITUTIONAL SUPERINTENDENT

SECTION A

NAME: John F. Richards          INSTITUTION: MCI-Shirley (Medium).

NUMBER: C-49993     HOUSING UNIT: C-1 #22B     DATE OF INCIDENT: 02/17/04

APPEAL: I want to appeal Mr. Liptla's decision, and I should be able to attend this class. (See attached page).

**(Grievance Number-#2797).**
(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY REQUESTED: I should have the same right to attend this class and this is the remedy I am requesting.

INMATE SIGNATURE: _____ DATE: _____

STAFF RECIPIENT: _____ DATE: _____

DATE RECEIVED: _____

---

SECTION B

ASSIGNED GRIEVANCE NUMBER: _____

ASSIGNED INSTITUTION APPEAL NUMBER: _____

DECISION RENDERED:       ____ APPROVED
                         ____ DENIED

SUMMARY OF FINDINGS:

_____
_____
_____
_____
_____

SUPERINTENDENT'S
SIGNATURE: _____      DATE: _____

SECTION C

**INMATE APPEAL RECEIPT**

INMATE NAME: _____      INSTITUTION: _____

NUMBER: _____      DATE RECEIVED: _____

RECEIPTING STAFF: _____      TITLE: _____

01/05/01

**EXHIBIT**
L-2.

491 - 14

February 18, 2004.

Carol Mici
Acting Superintendent
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
              01464.

Carol Mici,
    About a month ago I signed up to take a Law class that is being taught in the library. Yesturday I was told by the librarian Mr.Morse that the IPS had denied me and that I would not be able to take this class. Once again I am the only one on the list that is not being cleared to take this class.

    This law class has been offered to the general population and was open for all to sign up. I am in the library and/or law library everyday, sometimes all day long but yet I am not allowed to go to a class in this same library. I've been singled out again and I have already filed the grievance and sent a letter to Kathleen Dennehy regarding this issue, along with a letters to the Courts, Mass.Correctional Legal Services, and the Governors Counsel on Corrections reform.

    I once again realize that there is nothing that states that I can go to the school and/or class of my choice, but the law also states that if the institution offers a program and/or school to a prison population it has to offer it to everyone. It wasn't all that much of a surprise though and I had expected this. I do not see where this is a security issue and I hope that you will take a moment to correct this situation as it is wrong and should not be happening.

                        Respectfully Submitted,

                        _____
                        John F. Richards
                        C-49993/C-1 #22B.

cc: File;
    Kathleen Dennehy;
    DOC Legal Division,
    Nancy Ankers White;
    Mass.Corr.Legal Serv.
    Commission on Corrections
    Reform.

EXHIBIT L-3.

February 25, 2004.

To: Carol Mici-(Acting Superintendent).
Fr: John F. Richards C-49993/C-1 #22B.
Re: Grievance Number-#2797.

Carol Mici,
    I am sending you this appeal as I feel that the decision is not fair, not right, and done in retaliation for past complaints and pursuits to redress my issues before the Courts which is a protected right under the 1st amendment of the Constitution.

This class, and that is what it was put out as is a "class", was open to the population to sign up for. It is taught in the Law Library during normal operating hours where I am at most of the time anyways. I do not want to be a Law clerk, but I do want to take this class. My crime should not matter. My past escape history should not matter as this is taught by a teacher/paralegal in a place that I am normally allowed to go to anyways. This is my point. I feel that this is just more retaliation which should have ceased long ago.

Also in 103 CMR 478.11(1), it states that it is a Constitutional right of access to the courts and requires that, when "requested, inmates receive assistance in prepairing and filing legal papers". This assistance may include access to law library facilities, and "instruction in the use of legal materials and reference assistance". This is what this class accomplishes and I should not be barred from attending this class as it is discriminating, and like I said being done in retaliation.

Thank you for all of your time and attention in this matter, and I hope to hear back from you as soon as it is possible.

Respectfully Submitted,

John F. Richards pro-se,
C-49993/C-1 #22B

cc: File;
    Kathleen Dennehy;
    Middlesex Superior Ct;
    Nancy Ankers White/Mass,
    dept.of Corrections,
    legal Division;
    US.District Court;
    Mass.Legal Services.

EXHIBIT L-4.

February 18, 2004.

Kathleen Dennehy
Acting Commissioner
Mass.Dept.of Corrections
50 Maple Street.,Suite-#3.
Milford, Massachusetts
        01757-3698.

Kathleen Dennehy,
    My name is John F. Richards, an Inmate who is currently being housed in MCI-Shirley (Medium). I am writting to you as I am having yet another problem with the staff here at Shirley Medium and want you to intervene on my behalf. I am also exhausting my administrative remedies at the same time.

    First of all I have been getting nothing but a hard time since I arrived here at Shirley Medium from Southeastern Correctional Center back in 2002. I have a suit pending at this time concerning this and the case is Richards vs. Mass.Dept of Corrections et;al, and the civil no. is 03-03196. I have recently been receiving what I believe is some retaliation for this complaint as well as others and I have recently filed a civil rights action in the US District Court and I am waiting to see if they are going to intervene on my behalf and restrain Ms.Mici and her staff her from further retaliating against me for exercising my rights to due process and equal protection under the law.

    My recent problem came yesterday when I went to see the Librarian a Mr. Dan Morse. I had put in to take a Law-Class which is being offered in the General library. This class is open to all Inmates at Shirley Medium and should be considered school. I was told by the librarian here I was denied access to this class by the IPS Team here at Shirley. I am in the Library and Law Library all day almost everyday of the week so I cannot see how the IPS here can say that this is a security issue and I cannot attend this class. Once again I feel that they are going the extra mile here to further harrass me and to keep me from doing anything but sitting in my cell.

(1).

**EXHIBIT**

L-5.

This has been going on for almost 2 straight years now and is not going to get any better until some one tells them that they have to stop this behavior. I have asked the Judge in Middlesex for a restraining order, as well as the Federal Judge. I have also written to the SJC, several Veterans Organizations, and Mass. Legal about the use and abuse here at Shirley.

This is just going to keep escalating if I am kept here, so you have to step in and stop this from happening or ship me to another facility, as I do not feel safe here as no one has made any effort to stop Ms. Mici and her staff from retaliating against me for pursuing my issues (which is my right) with the Courts.

Thank you for all of your time in this matter and I hope to hear from you or some one in your office as soon as it is possible for you to do so.

Respectfully Submitted,

_____
John F. Richards pro-se,
C-49993/C-1 #22B.
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
01464.

cc: File;
   Mass.Corr.Legal Services;
   Middlesex Superior Court;
   Susan Jenness/pro-se, intake,
   clerk US District Court;
   Nancy Ankers White Esq,
   Mass.DOC Legal Division;
   Carolyn Walsh/Executive Director,
   Commission on Corrections Reform,
   C/O Executive Office of Public
   Safety Room-#2133.

(2).




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### MCI-Shirley
### P. O. Box 1218
### Shirley, Massachusetts 01464
### (978) 425-4341, Fax (978) 514-6601
www.mass.gov/doc

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Acting Commissioner*
**James R. Bender**
*Acting Deputy Commissioner*
**Carol A. Mici**
*Acting Superintendent*

## MEMORANDUM

TO:     John Richards C-49993, C-1

FROM:   Greg McCann, Director of Treatment

DATE:   February 25, 2004

RE:     **Letter of February 18, 2004**

---

Acting Superintendent Carol Mici has referred your recent correspondence to my office for response.

Various factors may preclude certain inmates from specific jobs within the institution. In the case of Law Clerks, access to HSU and SMU is a pre-requisite and, as you may know, those areas require prior approval. I encourage you to contact Michael Notaro if you desire a job elsewhere in the institution.

GM/emc

cc:  Carol Mici, Acting Superintendent
     Mike Notaro, Assignment Officer

 

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
Acting Commissioner

James R. Bender
Acting Deputy Commissioner

March 15, 2004

John Richards, C-49993
MCI Shirley Level 4
P.O. Box 1218
Shirley, MA 01464

Dear Mr. Richards:

I am in receipt of your letter dated February 18, 2004 in which you allege staff at MCI-Shirley is harassing you.

At my direction Assistant Deputy Commissioner Marshall looked into your allegations and advised that on February 27, 2002 you met with officers from the IPS Team to discuss the allegations mentioned in your letter. During the course of the interview you stated that you were fearful of medical staff at MCI-Shirley due to a lack of treatment and a false diagnosis and that you had no issue with staff harassment. As a result MCI-Shirley Administration had you meet with the physician on February 27, 2004. You were scheduled for a follow-up appointment on March 3, 2004. The physician will also schedule an appointment for you to be examined by an neurologist to determine the cause of your problem.

You have not been denied access to the Law Clerk class. Your name has been placed on the list for the next scheduled Law Clerk class. Once you have successfully completed the class, determination will be made as to your job assignment as a Law Clerk in accordance with institutional need and guidelines.

In closing I have been informed that you recently wrote to Acting Superintendent Mici, thanking her for assisting you. I trust your issues have been addressed.

Sincerely,

Kathleen M. Dennehy
Acting Commissioner

cc: John Marshall, Jr., Assistant Deputy Commissioner
Carol Mici, Acting Superintendent
File

**EXHIBIT**
**L-7.**

Printed on Recycled Paper



**DEPARTMENT OF VETERANS AFFAIRS**
Veterans Health Administration
Washington DC 20420

NOV 1 4 2003

In Reply Refer To:

Mr. John F. Richards
#C-49993/C-1 #22B
M.C.I.Shirley (medium)
Post Office Box 1218
Harvard Road
Shirley, MA 01464

Dear Mr. Richards:

Your letter to the Secretary of Veterans Affairs, alleging you are being mistreated at the Shirley penal institution and in need of medical care, has been referred to me for reply.

Please be aware that incarcerated veterans do not lose their eligibility for Department of Veterans Affairs (VA) health care. However, VA does not have jurisdictional authority over health care provisions of incarcerated individuals. State or local government has responsibility to provide medical care and services to incarcerated individuals.

Current regulations regarding VA health care do not make provisions for incarcerated veterans to access VA health care except as authorized under laws governing sharing contracts. Specifically, a VA medical facility may establish a sharing contract with local penal authorities, assuming VA can provide care safely and without disrupting the provisions of care to other veterans receiving care at the VA medical facility. At this time, you are in an area that does not have a VA medical facility that has a sharing agreement with local penal authorities. Therefore, VA treatment cannot be provided until you are released from custody or such an agreement is entered into.

The enclosed pamphlet entitled "Federal Benefits for Veterans and Dependents" has information regarding incarcerated veterans beginning on page 20. The pamphlet also offers additional information about VA programs that should be helpful to you once you are released.

EXHIBIT
M

2.

Mr. John F. Richards

    I am sorry to learn of your mistreatment at the Shirley correctional facility. You may wish to write to Mr. Michael T. Maloney, Commissioner, Massachusetts Department of Correction, 50 Maple Street, Suite 3, Milford, Massachusetts 01757-3698, who can address the needs you raised.

    Thank you for the opportunity to provide this response.

                                       Sincerely yours,

                                       R. A. Perreault, CHE
                                       Chief Business Officer

Enclosure

November 17, 2003.

Commissioner of Veterans Affairs
810 Vermont Avenue N.W.,
Washington, DC.          20420.

Sir,

My name is John F. Richards, an Inmate currently being housed at a Massachusetts Prison located in Shirley, Massachusetts. I had written to you awhile ago about my treatment here at this facility as well as my health care issues.

First of all I would like to thank you for having someone respond to my letter. I received a response from a R.A. Perreault CHE, the Chief Business Officer for the Department of Veterans Affairs. He has given me the address of the Massachusetts Commissioner of Corrections which really does me no good as I am already in a Civil litigation process with him and several of his staff regarding my issues, treatment, and current medical situation.

The Department of Corrections only responds to inquirees from the outside as they are more likely to resolve inmates issues if they know that people on the outside are aware of their issues. I am not sure if you know this but this is a bad time for the Department of corrections because of a recent murder and alot of other allegations of abuse and misconduct by correctional staff. My issues have been going on way before this all started. Even if these People do nothing to help me, if they know that someone on the outside is aware of my situation, than it will keep them from giving me a vicious beating and/or maybe even something worse.

Thank you for all of your time in this matter and once again thank you for having someone get back to me. Its like I said though I cannot write to this other person because of this litigation.

Sincerly,

John F. Richards

EXHIBIT
N

MASSACHUSETTS CORRECTIONAL LEGAL SERVICES
8 WINTER STREET, ELEVENTH FLOOR
BOSTON, MA 02108-4705

(617) 482-2773
TOLL FREE (800) 882-1413
COLLECT CALLS (617) 482-4124
FAX (617) 451-6383

December 16, 2003

John F. Richards
Concord-49993
MCI-Shirley Medium
P.O. Box 1218
Shirley, MA 01464

Dear Mr. Richards:

I am responding to your letters to MCLS regarding your medical treatment.

It is unclear from the papers you sent what injury you are complaining of. Please provide me with a brief summary of your medical conditions and the treatment you have received to date, if any.

Thank you for returning the medical releases. I wait to hear from you before I take any action.

Sincerely,

Al Troisi

EXHIBIT O

MASSACHUSETTS CORRECTIONAL LEGAL SERVICES
8 WINTER STREET, ELEVENTH FLOOR
BOSTON, MA 02108-4705

(617) 482-2773
TOLL FREE (800) 882-1413
COLLECT CALLS (617) 482-4124
FAX (617) 451-6383

January 20, 2004

Susan Martin
Director
Health Services Division
C/O Matt Talbot House
P.O. Box 426
15 Administration Road
Bridgewater, MA 02324

Re: **John F. Richards (C-49993)**

Dear Ms. Martin:

    I am writing on behalf of Mr. Richards, who is incarcerated at MCI-Shirley Medium.

    Mr. Richards has written MCLS complaining of constant pain in his legs. He also claims his legs swell up and sometimes he shakes. He also reports his legs go numb and his lower back is always hurting. He claims his lower body feels like it has been hit by a truck. He reports that last time he went to the HSU he was told he would be going out for testing or evaluation. However, this has not occurred. Mr. Richards claims he has been in constant pain since June of 2002.

    Please look into Mr. Richards' situation and provide him with proper treatment including a diagnosis or evaluation of his problem. I have enclosed a medical release signed by Mr. Richards. I look forward to hearing from you regarding Mr. Richards' medical care.

Sincerely,



Al Troisi

EXHIBIT
P

March 01, 2004.

Maria Angeles MD.
UMass.Correctional Health
Health Services Unit/HSU
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
                    01464.

Dr. Angeles,
   My name is John F. Richards (C-49993) and I live in unit C-1 #22B. I saw you on Friday February 27, 2003. At that time you changed all of my medications and told me that you would see me on a follow-up visit today.
   I did not get called to see you today and I was not on the HSU list in my unit either. With the exception of the Tylenol with Codine that you ordered for me the staff has screwed up all of the other medications that you changed. I am not going to take something that is no good for me and as I did not receive the sudafeds that you ordered I still am having breathing problems at night.
   These issues are why I was sent to see you in the first place. I am having alot of medical problems and problems with the staff. I do not know who messed up what but I would appreciate it if you would talk to someone and straighten this out so that I can get what I am supposed to get and find out just what is wrong with me once and for all.
   Thank you for all of your time and attention in this matter.

                                        Respectfully
                                        [signature]
                                        John F. Richards pro-se,
                                        C-49993/C-1 #22B.
                                        MCI-Shirley (Medium).
                                        P.O.Box-1218/Harvard Rd
                                        Shirley, Mass    01464.

cc: Carol Mici;
    Kathleen Dennehy;
    Middlesex Superior Court;
    US District Court;
    Mass.Corr.Legal Services;
    Nancy Ankers White, Mass.,
    Dept.of Corrections,
    Legal Division;
    File.

EXHIBIT Q



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Health Services Division*
*P.O. Box 426*
*Bridgewater, MA 02324*
*Phone: (508) 279-8612*
*Fax: (508) 279-8654*
*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*

**James Bender**
*Acting Deputy Commissioner*

April 7, 2004

John Richards
C49993
MCI Shirley Medium

Dear Mr. Richards:

Your March 3 and March 30, 2004 letter to Commissioner Dennehy were referred to me as the Director of Health Services for the Massachusetts Department of Correction. Upon receipt of your letters a member of my staff contacted the contractual medical provider regarding your concerns about treatment for back problems.

Your March 3 letter alleged that you did not receive Sudafed as prescribed. According to the information provided Sudafed was prescribed in late February for 14 days. Apparently there was some confusion and you did not receive it. However, on March 18 the physician prescribed Sudafed again and it is documented that you have been picking it up every evening.

Your March 30 letter noted concern about treatment for increased back pain. It was reported to me that you have been seen by various medical professionals, including nurses, nurse practitioners and physicians, since 1997 for complaints of back pain. Various medications were prescribed to alleviate the pain.

In December 2002 the physician prescribed physical therapy. In January 2003 the physical therapist saw you. In February 2004 the physician saw you for complaints of additional, radiating pain. A neurology appointment was scheduled and an MRI was recommended. The MRI was done on April 2, 2004. When the physician reviews the MRI results the next step in your treatment plan will be determined. It was reported that, in the meantime, you have a prescription for Tylenol #3 for pain relief.

It appears that the contractual medical provider has offered you evaluation and treatment as clinically indicated. Unfortunately, it often takes time for consultation appointments and test to be scheduled and for results to be returned and reviewed.

EXHIBIT R

PRINTED ON RECYCLED PAPER

John Richards, C49993, MCI Shirley
April 5, 2004
Page 2

Should you feel that your healthcare needs are not being addressed it would be most appropriate for you to bring your concerns to the attention of the contractual medical provider via their clinical complaint procedure. You may do this by submitting your concerns to the Health Services Administrator (HSA) in writing via a sick slip or note. You may also request to speak with the HSA about your concerns or see him at management access time. According to the contractual medical provider's current procedure a written or verbal response must be provided within five days of receipt of the complaint.

Sincerely,

*[signature]*

Susan J. Martin, RN
Director

CC:   Kathleen M. Dennehy, Commissioner

# UMASS CORRECTIONAL HEALTH
## MCI SHIRLEY – MEDIUM
## HEALTH SERVICES UNIT

TO: JOHN RICHARDS

COMMIT #: C-49993

FROM: KEN CLACHERTY, RN HEALTH SERVICES ADMINISTRATOR

DATE: MARCH 6, 2004

RE: YOUR LETTER DATED MARCH 3, 2004

---

I HAVE RECEIVED AND REVIEWED YOUR COMPLAINT REGARDING NOT BEING ALLOWED TO HAVE YOUR SUDAFED AS A K.O.P. MEDICATION, AND YOUR FEELLINGS OF BEING DISRESPECTED BY THE NURSING STAFF.

AFTER LOOKING AT YOUR MEDICATION ISSUE, IT IS TRUE THAT SUDAFED IS NOT A K.O.P. MEDICATION PER D.O.C. ORDER. IN REGARDS TO YOUR COMPLAINT ABOUT FEELING YOU WERE DISRESPECTED BY THE NURSING STAFF, I HAVE SPOKEN WITH ALL NURSING STAFF, AND HAVE REINFORCED THAT ALL PATIENTS AND STAFF ARE TO BE TREATED WITH RESPECT, AS I EXPECT ALL PATIENTS TO TREAT THE NURSING STAFF WITH THE SAME RESPECT.

IT IS MY HOPE THAT THE ABOVE EXPLAINATION RESOLVES THE ABOVE ISSUE.

EXHIBIT S

## UMASS CORRECTIONAL HEALTH
## MCI SHIRLEY – MEDIUM
## HEALTH SERVICES UNIT

TO:        JOHN RICHARDS

COMMIT #:  C-49993

FROM:      KEN CLACHERTY, RN HEALTH SERVICES ADMINISTRATOR

DATE:      MARCH 22, 2004

RE:        LETTER REGARDING CIVIL SUIT AND SOFT COLLAR

---

I HAVE RECEIVED AND REVIEWED YOUR COMPLAINT REGARDING THE SOFT COLLAR NOT BEING ISSUED FOR YOUR NECK.

I HAVE REVIEWED YOUR MEDICAL RECORD AND NOTED THAT AN ORDER WAS WRITTEN BY DR. ANGELES ON 03/18/04 FOR A NECK SOFT COLLAR. IT IS ALSO NOTED THAT THIS COLLAR WAS GIVEN TO YOU DIRECTLY BY DR. ANGELES. AS FAR AS THE COPY OF YOUR CIVIL SUIT, IT IS NOTED, AND I WILL KEEP THIS ON FILE IN MY OFFICE.

IT IS MY HOPE THAT THE ABOVE EXPLAINATION RESOLVES THE ABOVE ISSUE.

EXHIBIT T

# UMASS CORRECTIONAL HEALTH
## MCI SHIRLEY – MEDIUM
## HEALTH SERVICES UNIT

TO:         JOHN RICHARDS

COMMIT #:   C-49993

FROM:       KEN CLACHERTY, RN HEALTH SERVICES ADMINISTRATOR

DATE:       MAY 27, 2004

RE:         YOUR LETTER DATED MAY 9, 2004

---

I HAVE RECEIVED AND REVIEWED YOUR LETTER DATED MAY 9, 2004 REQUESTING A COPY OF YOUR MOST RECENT MEDICAL TESTS.

I APOLOGIZE FOR TAKING SO LONG TO GET BACK TO YOU ON THIS MATTER. PLEASE BE ADVISED THAT YOUR OFFICIAL REQUEST FOR THESE RECORDS HAVE BEEN FOWARDED TO SHATTUCK HOSPITAL FOR PROCESSING. THE REASON FOR THIS IS BECAUSE WE ARE NOT ALLOWED BY LAW TO FURNISH COPIES OF RECORDS FROM OTHER INSTITUTIONS.

I WILL SHARE YOUR COMMENTS ABOUT DR. ANGELES WITH HER DIRECTLY. IT IS NOT TOO OFFEND THAT MY STAFF RECEIVE THE PROPER PRAISE THEY DESERVE. THANK YOU.

EXHIBIT U