UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWARD LYNCH | Petitioner | |
| V. | | CIVIL ACTION<br>NO. 04CV10502-RWZ |
| EDWARD FICCO | Respondent | |

### ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum and Order dated  12/16/04  summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

DECEMBER 17, 2004              s/ Lisa A. Urso
        Date                              Deputy Clerk