UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10502-RWZ

**EDWARD H. LYNCH JR.,**
Petitioner

v.

**EDWARD FICCO, et al,**
Respondents

## NOTICE OF APPEAL

Notice is hereby given that Edward H. Lynch Jr., Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the July 12, 2005 order denying his motion for reconsideration of the court's December 17, 2004 order and judgment of dismissal of his petition, which appeal also encompasses said latter order and judgment.

Respectfully submitted, Edward H. Lynch Jr.,
by his attorney,


/s/Emanuel Howard
_____
EMANUEL HOWARD; BBO# 241740
P. O. Box 66067
Newton, MA  02466-0002
TEL:  (617) 965-3042




_____
Lynch Not. Appeal USDC-/s/ CORRECTED 07.18.2005