# EMANUEL HOWARD

Attorney at Law  
P. O. Box # 66067  
Newton, MA  02466-0002

Telephone (617) 965-3042  
Fax (617) 965-3793

July 29, 2005

Clerk,  
United States District Court  
for the District of Massachusetts  
U. S. Courthouse  
1 Courthouse Way  
Boston, MA  02210

RE:    Edward H. LYNCH Jr. v. Edward FICCO, No. 1:04-cv-10502-RWZ

Dear Sir/Madam:

Please note that I will be away from my office beginning July 30, 2005, returning on August 22, 2005.

Thank you for your attention to this matter.

Very truly yours,


/s/EMANUEL HOWARD



CC: EHL, Jr;  A.G. A. Benedetto

LYNCH  USDC Clerk,  Away From Office 07.29.2005 XP