# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10502

Edward H. Lynch Jr.

v.

Edward Ficco, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5-4-05 .

/s/ Susan Pedigo
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10502-RWZ

Lynch v. Ficco
Assigned to: Judge Rya W. Zobel
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/10/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Edward H. Lynch, Jr.**    represented by **Emanuel Howard**
P.O. Box 66067
Newton, MA 02466-0002
617-965-3042
Fax: 617-965-3793
Email: howarded@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Edward Ficco**    represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 03/24/2004) |
| 04/09/2004 | 6 | NOTICE of Appearance by Eva M. Badway on behalf of Edward Ficco (Johnson, Jay) (Entered: 04/13/2004) |
| 04/09/2004 | 7 | MOTION for Order to Requiring the petitioner to comply w/rule 2(C) of the rules governing section 2254 cases in The U.S. District Courts and for enlargement of time in which to file a responsive pleading by Edward Ficco.(Johnson, Jay) (Entered: 04/13/2004) |
| 04/15/2004 | 8 | Opposition re 7 MOTION for Order to Requiring the petitioner to comply w/rule 2(C) of the rules governing section 2254 cases in The U.S. District Courts and for enlargement of time in which to file a responsive pleading filed by Edward Ficco. (Johnson, Jay) (Entered: 04/20/2004) |
| 04/20/2004 | 9 | Letter/request (non-motion) from Emanuel Howard regarding his return to his office on 5/11/04. (Johnson, Jay) (Entered: 04/23/2004) |
| 05/03/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 7 Motion for Order. Since the petition is in substantially the form appended to the Rules, the mtoion is denied. (Urso, Lisa) (Entered: 05/05/2004) |
| 05/12/2004 | 10 | ANSWER to Complaint with Jury Demand by Edward Ficco.(Johnson, Jay) (Entered: 05/13/2004) |
| 05/12/2004 | 11 | MOTION for scheduling order by Edward Ficco. (Johnson, Jay) (Entered: 05/13/2004) |
| 05/12/2004 | 12 | SUPPLEMENTAL ANSWER to Complaint by Edward Ficco.(Johnson, Jay) (Entered: 05/13/2004) |
| 05/12/2004 | 13 | TRANSCRIPT of Proceedings from the State Court (8 Volumes from Plymouth County) The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Johnson, Jay) |

| | | |
|---|---|---|
| | | (Entered: 05/13/2004) |
| 05/17/2004 | 14 | Opposition re 11 MOTION for Order to for Scheduling Order and his Request that he be Afforded the Opportunity of Responding to any Opposition they Acually File filed by Edward H. Lynch Jr.. (Johnson, Jay) (Entered: 05/19/2004) |
| 05/26/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 11 Motion for a scheduling order. Respondent shall file his memorandum in opposition to the petition by 6/18/04. Petitioner's memorandum in support of the petition and in response to respondent's position shall be filed by 7/30/04. (Urso, Lisa) (Entered: 05/26/2004) |
| 06/16/2004 | 15 | MEMORANDUM OF LAW in Opposition by Edward Ficco to 2 Petition for writ of habeas corpus (28:2254). (Johnson, Jay) (Entered: 06/17/2004) |
| 07/19/2004 | 16 | Response by Edward H. Lynch Jr. to 15 Memorandum of Law in Opposition to Petition for writ of habeas corpus. (Attachments: # 1 # 2 # 3)(Johnson, Jay) (Entered: 07/20/2004) |
| 07/19/2004 | 17 | Ex-Parte MOTION for Disbursement of Funds to Authorize Counsel to Obtain Necessary Services (Verified w/Jurat) by Edward H. Lynch Jr..(Johnson, Jay) (Entered: 07/20/2004) |
| 07/20/2004 | 18 | Letter/request (non-motion) from Emanuel Howard : Out of Office from 7/31/04 - 8/23/04. (Johnson, Jay) (Entered: 07/22/2004) |
| 07/22/2004 | 20 | Response in Opposition by Edward Ficco to 16 to Petitioners Motions to Conduct Discovery and for an Evidentiary Hearing. (Johnson, Jay) (Entered: 08/10/2004) |
| 08/02/2004 | 19 | Response to opposition to Petitioner's motions to conduct discovery and for an evidentiary hearing by |

|  |  |  |
|---|---|---|
|  |  | Edward H. Lynch Jr.. (Johnson, Jay) (Entered: 08/03/2004) |
| 12/16/2004 | 21 | Judge Rya W. Zobel : ORDER entered MEMORANDUM OF DECISION; Accordingly, the petition is denied.(Urso, Lisa) (Entered: 12/17/2004) |
| 12/17/2004 | 22 | Judge Rya W. Zobel : ORDER entered ORDER DISMISSING CASE(Urso, Lisa) (Entered: 12/17/2004) |
| 12/29/2004 | 23 | MOTION for Reconsideration re 21 Memorandum & Opinion, 22 Order Dismissing Case by Edward H. Lynch, Jr.(Johnson, Jay) (Entered: 01/04/2005) |
| 07/12/2005 | 24 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered denying 23 Motion for Reconsideration (Urso, Lisa) (Entered: 07/12/2005) |
| 07/18/2005 | 25 | NOTICE OF APPEAL to the Federal Circuit by Edward H. Lynch, Jr. Filing fee $ 255, receipt number no fee due. Appeal Record due by 8/8/2005. (Howard, Emanuel) Additional attachment(s) added on 7/21/2005 (Johnson, Jay). (Entered: 07/18/2005) |
| 07/20/2005 | 26 | MOTION for Certificate of Appealability by Edward H. Lynch, Jr.(Howard, Emanuel) (Entered: 07/20/2005) |
| 07/29/2005 | 27 | NOTICE by Edward H. Lynch, Jr *Counsel Away From Office* (Howard, Emanuel) (Entered: 07/29/2005) |