UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10502-RWZ

EDWARD H. LYNCH, JR.

v.

EDWARD FICCO, et al.

ORDER ON APPLICATION FOR CERTIFICATE OF APPEALABILITY

August 8, 2005

ZOBEL, D.J.

Petitioner complains of several constitutional infirmities in his trial for murder in the state court. They fall into two broad categories: First, violations of his due process rights by wholly improper and confusing jury instructions concerning malice and, Second, violations of his Sixth Amendment rights by ineffective counsel. This Court denied the petition, and petitioner now seeks a certificate of appealability as to the first ground only.

Since counsel also failed to object to the instruction, he had to show cause for and prejudice from his failure, and this Court did not deem his showing to be sufficient. There is room for disagreement and it is accordingly appropriate to allow petitioner to present the issue to the Court of Appeals.

The motion for a certificate of appealability is therefore allowed as to the due process ground.

_____          /s/ Rya W. Zobel
        DATE                    RYA W. ZOBEL

                                UNITED STATES DISTRICT JUDGE