# United States Court of Appeals
## For the First Circuit

No. 05-2183



EDWARD H. LYNCH JR.,

Petitioner, Appellant,

v.

EDWARD FICCO, Superintendent of the Souza-Baranowski Correctional Center; THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,

Respondents, Appellees.

### JUDGMENT

Entered: February 15, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the petition for a writ of habeas corpus is affirmed.

By the Court:

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/30/06

[cc: Emanuel Howard, Esq., and Eva M. Badway, AAG.]